876 A.2d 391

**George C. BIRMAN, Petitioner**

v.

**Jeffrey KOZUCH, Respondent**

Supreme Court of Pennsylvania.

July 5, 2005.

### *ORDER*

PER CURIAM:

AND NOW, this 5th day of July, 2005, the Petition for Allowance of Appeal is hereby GRANTED, the order of the Superior Court is VACATED, *see Reutzel v. Douglas,* 870 A.2d 787, (Pa.2005), and the matter is REMANDED for an evidentiary hearing on the question of express authority.